LYN14,5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SAMUEL A. JUDD,

        Plaintiff,     :   No. 07 Civ. 7932 (GEL) (HP)

    v.                          :   **STIPULATION**

TAKE-TWO INTERACTIVE SOFTWARE, INC., :   ECF Case

        Defendant.
------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that the time for Defendant to answer, object or otherwise respond to Plaintiff's Complaint shall be extended to and include October 9, 2007. This Stipulation may be executed by facsimile and filed with this Court as if it were an original.

Dated: October 1, 2007           Dated: October 1, 2007
     New York, New York             New York, New York

PROSKAUER ROSE LLP               KUDMAN TRACHTEN ALOE LLP

By /s/ Kathleen M. McKenna       By /s/ Gary Trachten
   Kathleen M. McKenna              Gary Trachten
   Thomas A. McKinney               Alisa L. Silverstein
1585 Broadway                    350 Fifth Avenue, Suite 4400
New York, New York 10036         New York, New York 10118
Phone: (212) 969-3000            Phone: (212) 868-1010
Facsimile: (212) 969-2900        Facsimile: (212) 868-0013
*Attorneys for Defendant*        *Attorneys for Plaintiff*

SO ORDERED:

/s/ Gerard E. Lynch
U.S.D.J.

10/9/07