UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SAMUEL A. JUDD,                                              :
                Plaintiff,                              :     No. 07 Civ. 7932 (GEL) (HP)

      v.                                                         :     **DEFENDANT'S STATEMENT PURSUANT TO FRCP 7.1**

TAKE-TWO INTERACTIVE SOFTWARE, INC.,  :

                Defendant.                            :
------------------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Take-Two Interactive Software, Inc. ("Take-Two") (a private non-governmental party) certifies that Take-Two has no parent corporation. The following corporations own 10% or more of Take-Two's stock: OppenheimerFunds, Inc., FMR Corp., and Unicredito Italiano S.p.A.

Dated: New York, New York
       October 9, 2007

                                            PROSKAUER ROSE LLP

                                            By: _____
                                                  Kathleen M. McKenna
                                                    Thomas A. McKinney
                                          1585 Broadway
                                          New York, New York 10036
                                          (212) 969-3000
                                          *Attorneys for Defendant*