Exhibit H

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Kathleen M. McKenna
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

April 3, 2008

**By UPS Next Day Air and Email**

Gary Trachten, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue, Suite 4400
New York, NY 10118

Re:  Samuel Judd v. Take-Two Interactive Software, Inc., No. 07 Civ. 7932 (GEL) (HP)

Dear Gary:

We have accepted all of your most recent revisions to the Stipulation and Order of
Confidentiality ("Stipulation") and enclose with this letter an executed copy of the Stipulation.
Consistent with the terms of the Stipulation, Defendant will begin producing additional
documents tomorrow, April 4, 2008. Additionally, pursuant to the Judge's recent order, we will
provide the additional information we have been ordered to produce. Finally, although we do
not agree with all of the conclusions reached by you in your March 31, 2008 letter, we will also
serve revised interrogatory and document responses.

Very truly yours,

Kathleen M. McKenna

Enclosure

cc: Thomas A. McKinney, Esq.
    Ian C. Schaefer, Esq.
    Christopher Casazza, Esq.