UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAMUEL A. JUDD,

                        Plaintiff,

      -against-

TAKE-TWO INTERACTIVE SOFTWARE, INC.,
                     Defendant.

-------------------------------------------------------------x

07 Civ 7932 (GEL) (HP)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Thomas A. McKinney, Esq. of Proskauer Rose LLP as counsel of record in this case for defendant, Take-Two Interactive Software, Inc.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 16, 2008

                                      Respectfully submitted,

                                      Thomas A. McKinney
                                      PROSKAUER ROSE LLP
                                      1585 Broadway
                                      New York, New York 10036
                                      (212) 969-3668
                                      tmckinney@proskauer.com
                                      *Attorneys for Defendant*