Exhibit A

## McKinney, Thomas A.

**From:** Gary Trachten [gtrachten@kudmanlaw.com]
**Sent:** Tuesday, May 13, 2008 5:56 PM
**To:** McKinney, Thomas A.
**Cc:** Schaefer, Ian C.; Alisa Silverstein
**Subject:** Judd v Take Two

Tom - I received and returned your call, but mis-hearing it, thought that it came from Ian and I left a message with his secretary. Then, I replayed the message and realized that it came from you. Now, I am late for an out of office appointment, so I send you this email instead of calling, but feel free to call me tomorrow. Or I'll call you.

As the case is an ECF case, we e-filed our motion, which I understand to constitute service because all counsel of record are supposed to register. I am surprised to hear that you didn't receive it. Kathleen's email address appears on the docket sheet, so I would have expected that it went to her email box. I know that you folks have e-filed your answer and the confidentiality order, so I would think that somebody at your firm must be e-connected to the case. Did your firm receive Judge Lynch's 4/3 Opinion and Order and the So Ordered Confidentiality Stip? How did you receive it?

I recall that the e-filing rules provide that counsel are responsible for regularly reviewing the docket. I assume that you have found the motion and can read/print it off of Pacer. I hope that I have answered your question.

**Gary Trachten**
Kudman Trachten Aloe LLP
Attorneys at Law
350 Fifth Avenue - Suite 4400
New York, NY 10118
212.868.1010
Fax 212.868.0013

This email is meant to be a confidential communication to one or more intended recipients. It may contain and/or attach information that is protected by the attorney-client privilege or by another rule of law that protects confidential information. If it appears to you that you are not an intended recipient, you are to the extent provided by law prohibited from using, copying or disclosing its contents in any way. If you have reason to believe that you received this email in error, please immediately advise Kudman Trachten Aloe LLP by calling 212.868.1010 or by replying *only* to the sender of this email. Thank you for your cooperation.

**IRS CIRCULAR 230 DISCLAIMER:** Any tax advice contained in this e-mail is not intended to be used, and cannot be used by any taxpayer, for the purpose of avoiding Federal tax penalties that may be imposed on the taxpayer. Further, to the extent any tax advice contained in this e-mail may have been written to support the promotion or marketing of the transactions or matters discussed in this e-mail, every taxpayer should seek advice based on such taxpayer's particular circumstances from an independent tax advisor.

5/16/2008