Exhibit H

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Ian C. Schaefer
Attorney at Law

Direct Dial 212.969.3563
ischaefer@proskauer.com

May 15, 2008

**By Hand Delivery**

Gary Trachten, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue, Suite 4400
New York, NY 10118

Re:   Samuel Judd v. Take-Two Interactive Software, Inc., No. 07 Civ. 7932 (GEL) (HP)

Dear Gary:

Pursuant to my letter dated May 14, Defendant hereby produces a revised set of Board of Directors Minutes and Compensation Committee Minutes, Bates-stamped Confidential D017710-D018382, accompanied by Defendant's privilege log addressing same.

Please let me know if you have any questions.

Sincerely,

Ian C. Schaefer

Enclosures

cc:   Kathleen M. McKenna, Esq.
      Thomas A. McKinney, Esq.
      Christopher Casazza, Esq.

## SAMUEL JUDD v. TAKE-TWO INTERACTIVE SOFTWARE, INC.
### DEFENDANT'S PRIVILEGE LOG

| NO. | DATE | SPEAKER | RECIPIENTS | DESCRIPTION | PRIVILEGE ASSERTED | BATES NO. |
|---|---|---|---|---|---|---|
| 1. | 06/04/04 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: proposed Sega distribution deal | Attorney-Client | D 017749-50 |
| 2. | 07/20/04 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: SEC negotiations | Attorney-Client | D 017753-54 |
| 3. | 08/18/04 | K. Selterman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: SEC negotiations | Attorney-Client | D 017757 |
| 4. | 09/22/04 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: potential acquisitions | Attorney-Client | D 017763 |
| 5. | 07/29/05 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: purchase agreement; proposed credit agreement; proposed acquisition; FTC inquiry | Attorney-Client | D 017829; D 017832; D 017835 |
| 6. | 08/11/05 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: FTC inquiry; proposed loan transaction; SEC submissions | Attorney-Client | D 017838-39 |
| 7. | 09/12/05 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: FTC inquiry | Attorney-Client | D 017841 |
| 8. | 09/20/05 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: proposed merger; negotiations with Rockstar | Attorney-Client | D 017845-50 |
| 9. | 12/05/05 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: agreement negotiations; FTC inquiry; potential litigation | Attorney-Client | D 017852 |
| 10. | 01/30/06 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: agreement negotiations | Attorney-Client | D 017905 |

1

| NO. | DATE | SPEAKER | RECIPIENTS | DESCRIPTION | PRIVILEGE ASSERTED | BATES NO. |
|---|---|---|---|---|---|---|
| 11. | 02/28/06 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: agreement negotiations | Attorney-Client | D 017908 |
| 12. | 03/08/06 | R. Mittman, Esq.; S. Caponi, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: potential litigations | Attorney-Client | D 017911 |
| 13. | 03/24/06 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: pending regulatory and litigation matters | Attorney-Client | D 017918 |
| 14. | 05/08/06 | B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: proposed distribution sale; stock negotiations | Attorney-Client | D 017922-23 |
| 15. | 05/30/06 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: FTC inquiry | Attorney-Client | D 017978 |
| 16. | 06/02/06 | R. Mittman, Esq.; B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: FTC inquiry; fairness opinion | Attorney-Client | D 017981-83 |
| 17. | 06/07/06 | R. Mittman, Esq.; B. Rutcofsky, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: FTC inquiry; stock negotiations; advisory services; fairness opinion | Attorney-Client | D 017985-87 |
| 18. | 06/19/06 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: Manhattan DA subpoenas | Attorney-Client | D 017994 |
| 19. | 06/21/06 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: meeting with Manhattan DA's office | Attorney-Client | D 017997 |
| 20. | 07/20/06 | B. Rutcofsky Esq.; R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: CALPERS response letter and Manhattan DA update | Attorney-Client | D 018014-16 |
| 21. | 08/18/06 | R. Mittman, Esq.; S. Caponi, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: outstanding legal matters | Attorney-Client | D 018019-20; D 018023-27 |

2

| NO. | DATE | SPEAKER | RECIPIENTS | DESCRIPTION | PRIVILEGE ASSERTED | BATES NO. |
|---|---|---|---|---|---|---|
| 22. | 10/11/06 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: certain employment issues | Attorney-Client | D 018034-35 |
| 23. | 11/01/06 | M. Kasowitz, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: SEC and DA investigations | Attorney-Client | D 018037-39 |
| 24. | 11/01/06 | D. Emerson, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: proposal to Incentive Stock Plan | Attorney-Client | D 017874-75 |
| 25. | 11/20/06 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: conflict of interest issues | Attorney-Client | D 018043 |
| 26. | 12/07/06 | M. Kasowitz, Esq.; R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: SEC and DA investigations; certain employment issues | Attorney-Client | D 018046-48 |
| 27. | 01/30/07 | D. Emerson, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: filing deadlines; equity granting | Attorney-Client | D 018206 |
| 28. | 03/16/07 | R. Mittman, Esq.; A. Fleisher, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: Zelnick Media takeover; potential acquisition | Attorney-Client | D 018235-36 |
| 29. | 03/16/07 | R. Mittman, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: D&O policy | Attorney-Client | D 018238 |
| 30. | 03/21/07 | R. Mittman, Esq.; A. Fleischer, Esq.; S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: potential acquisition; Rockstar proposal; procedures to trade securities; SEC investigation | Attorney-Client | D 018241-44 |
| 31. | 03/26/07 | R. Mittman, Esq.; A. Fleischer, Esq.; S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: potential acquisition; indemnification agreements; D&O policy; upcoming Annual Meeting issues; severance issues; dated options; tax liability issues | Attorney-Client | D 018246-50 |

3

| NO. | DATE | SPEAKER | RECIPIENTS | DESCRIPTION | PRIVILEGE ASSERTED | BATES NO. |
|---|---|---|---|---|---|---|
| 32. | 03/29/07 | S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: Zelnick Media expenses; D&O Insurance | Attorney-Client | D 018257; D 018259 |
| 33. | 04/03/07 | S. Krauss, Esq.; D. Emerson, Esq. | Members of the Compensation Committee Board of Directors | Meeting Minutes – advice re: Eibler's Employment Agreement | Attorney-Client | D 018087-88 |
| 34. | 04/10/07 | D. Emerson, Esq.; S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: tax issues; NASDAQ and SEC requirements; certain employment issues; DA tax issues | Attorney-Client | D 018284; D 108286 |
| 35. | 04/11/07 | D. Emerson, Esq. | Members of the Compensation Committee Board of Directors | Meeting Minutes – advice re: Winters employment agreement | Attorney-Client | D 018090-91 |
| 36. | 06/14/07 | S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: settlement with NYDA | Attorney-Client | D 018288-89 |
| 37. | 06/14/07 | D. Emerson, Esq.; A. Jacobs, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: election of officers; update re: Special Meeting; pending litigations and regulatory matters | Attorney-Client | D 018293-94 |
| 38. | 07/25/07 | S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: stock option plan; update re: settlement with insurance carriers | Attorney-Client | D 018316-17 |
| 39. | 08/06/07 | M. Morton, Esq.; A. Jacobs, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: ZelnickMedia conflict of interest; potential acquisition | Attorney-Client | D 018321-23 |

4

| NO. | DATE | SPEAKER | RECIPIENTS | DESCRIPTION | PRIVILEGE ASSERTED | BATES NO. |
|---|---|---|---|---|---|---|
| 40. | 08/23/07 | D. Emerson, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: Rockstar proposal | Attorney-Client | D 018133 |
| 41. | 09/10/07 | A. Jacobs, Esq.; A. Rattner, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: proposed compensation program | Attorney-Client | D 018138 |
| 42. | 09/10/07 | S. Krauss, Esq.; A. Jacobs, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: update on litigations; financial disclosure training session | Attorney-Client | D 018327 |
| 43. | 10/10/07 | S. Krauss, Esq.; A. Jacobs, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: equity grants; proposed management agreement amendments | Attorney-Client | D 018152; D 018155 |
| 44. | 11/15/07 | S. Krauss, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: certain employment issues | Attorney-Client | D 018145 |
| 45. | 12/17/07 | D. Emerson, Esq. | Members of the Board of Directors | Meeting Minutes – advice re: equity grants; NASDAQ requirements | Attorney-Client | D 018376 |

5