Gary Trachten (GT5480)
Alisa L. Silverstein (AS2926)
**KUDMAN TRACHTEN ALOE LLP**
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   ECF Case
SAMUEL A. JUDD,                                                                07 Civ. 7932 (GEL)(HP)

                    Plaintiff,

                                             **NOTICE OF MOTION**

    -against-

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

                    Defendant.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the record of the plaintiff's motion dated and filed on May 2, 2008 (and re-filed on May 5, 2008), the plaintiff's Memorandum of Law submitted herewith, and all the pleadings and proceedings heretofore had herein, the plaintiff shall move this Court before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York in Courtroom No. 6B on _____, 2008 at _____ o'clock or as soon thereafter as counsel can be heard, pursuant to Rules 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.3, for an Order providing for reargument and reconsideration of the Court's May 20, 2008 disposition of said May 2, 2008 motion insofar as the Order of disposition (a) did not require the defendant to pay the plaintiff's reasonable expenses, including his attorney's fees, incurred in making the motion, and (b) did not provide for

an Order compelling the defendant to provide past-due and outstanding discovery by a date certain.

Dated: New York, New York
       June 2, 2008

                              **KUDMAN TRACHTEN ALOE LLP**
                              *Attorneys for Plaintiff*

            By:      /s/ Gary Trachten
                     Gary Trachten (GT5480)
                     350 Fifth Avenue, Suite 4400
                     New York, New York 10118
                     (212) 868-1010