USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SAMUEL A. JUDD,             :         07 Civ. 7932 (SHS)

        Plaintiff,             :

   -against-                    :         ORDER

TAKE-TWO INTERACTIVE SOFTWARE, INC.,   :

        Defendant.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, defendant's motion for summary judgment in its favor [37] is granted as to the first cause of action for a bonus and is otherwise denied, and plaintiff's cross motion for summary judgment [42] is denied in its entirety;

    2.    The joint pretrial order, proposed jury charges, and, if the parties wish, proposed *voir dire* and any motions *in limine* are due on or before January 18, 2010;

    3.    The response to any motion is due on or before January 25, 2010;

    4.    The reply is due on or before January 28, 2010; and

    5.    The trial of this action will be held on Monday, February 8, 2010, at 9:30 a.m.

Dated: New York, New York
       November 12, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.